UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: PRADAXA (DABIGATRAN ETEXILATE) PRODUCTS LIABILITY LITIGATION ) 3:12-md-02385-DRH

MDL No. 2385

This Document Relates To:

*Henry Parnell et al v. Boehringer Ingelheim Pharmaceuticals Inc., et al*    No. 13-cv-60019-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on September 17, 2014 the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
         Deputy Clerk

Dated: September 18, 2014

Digitally signed by David R. Herndon

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT